United States District Court
Southern District of Texas

**ENTERED**

May 04, 2026

Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHANIE NELSON CRUZ and HANSEL RODRIGUEZ, Plaintiffs, | § § § § § | CIVIL ACTION NUMBER 4:25-cv-06097 |
| versus | § § § | JUDGE CHARLES ESKRIDGE |
| CITY OF ROSENBERG, *et al*, Defendants. | § § | |

### ORDER ADOPTING
### MEMORANDUM AND RECOMMENDATION

Plaintiffs Stephanie Nelson Cruz and Hansel Rodriguez proceed here *pro se*. Plaintiffs also filed an application to proceed *in forma pauperis*. Dkt 2.

Cruz brings claims for various violations of her civil rights under 42 USC §1983, the Fourth Amendment, the Americans with Disabilities Act, the Rehabilitation Act, the Fourteenth Amendment, and the Texas Public Information Act. See Dkt 1 at ¶¶60–62, 64. She also brings a Texas common law claim for "negligence/negligent infliction of emotional distress." Id at ¶63.

Rodriguez brings common law claims for "derivative emotional distress and financial harm." Id at ¶65.

The matter was referred for disposition to Magistrate Judge Yvonne Ho. Dkt 5. She entered a Memorandum and Recommendation granting the application to proceed *in forma pauperis*. Dkt 7 at 18. Judge Ho also recommended that Cruz's claim under the Texas Public Information Act be dismissed without prejudice and that all other claims by both Plaintiffs be dismissed with prejudice under 28 USC §1915(e)(2)(B) for failure to state a claim. Id at 18–19.

The district court reviews *de novo* those conclusions of a magistrate judge to which a party has specifically objected. See FRCP 72(b)(3) & 28 USC § 636(b)(1)(C); see also *United States v Wilson*, 864 F2d 1219, 1221 (5th Cir 1989, *per curiam*). The district court may accept any other portions to which there's no objection if satisfied that no clear error appears on the face of the record. See *Guillory v PPG Industries Inc*, 434 F3d 303, 308 (5th Cir 2005), citing *Douglass v United Services Automobile Association*, 79 F3d 1415, 1430 (5th Cir 1996, *en banc*); see also FRCP 72(b) advisory committee note (1983).

Plaintiffs filed objections. See Dkt 8. They contend that the Judge Ho erred in (i) finding their claims barred by the relevant statute of limitations, (ii) recommending dismissal of the TPIA claim, (iii) treating Rodriguez's claims as purely derivative of claims by Cruz, and (iv) recommending dismissal without leave to amend. See id at 5–14.

On *de novo* review and determination, the objections lack merit. The Magistrate Judge correctly determined that the two-year statute of limitations for personal injury claims found in Texas Civil Practice & Remedies Code §16.003 applies to all claims. See Dkt 7 at 10. Further, tolling isn't warranted because Cruz "had enough information" during the relevant incident "to know that she sustained some type of injury." Id at 15. As for the TPIA claim, Plaintiffs assert that this claim is "not asserted as a free-standing state-law" claim. Dkt 8 at 9. It is unclear why, then, Plaintiffs object to its dismissal. In any event, the Magistrate Judge correctly determined that dismissal of this claim without prejudice is proper. As to Rodriguez's claims, they are pleaded as "*derivative* emotional distress and financial harm." Dkt 1 at 12 (emphasis added). His claims thus rise and fall with those of Cruz. Beyond this, allowing Plaintiffs leave to amend would be futile given that the relevant statute of limitations has lapsed for all claims except the TPIA claim. Dismissal is thus warranted under 28 USC §1915(e)(2)(B)(ii).

The objections by Plaintiffs to the Memorandum and Recommendation of the Magistrate Judge are OVERRULED. Dkt 8.

No clear error otherwise appears upon review and consideration of the Memorandum and Recommendation, the record, and the applicable law.

The Memorandum and Recommendation of the Magistrate Judge is ADOPTED as the Memorandum and Order of this Court. Dkt 7.

The claim by Plaintiff Stephanie Nelson Cruz under the Texas Public Information Act is DISMISSED WITHOUT PREJUDICE.

All other claims by Plaintiffs Stephanie Nelson Cruz and Hansel Rodriguez are DISMISSED WITH PREJUDICE.

A final judgment will enter separately.

SO ORDERED.

Signed on ___May 04, 2026___, at Houston, Texas.


_____
Honorable Charles Eskridge
United States District Judge

3