United States District Court
Southern District of Texas
**ENTERED**
May 04, 2026
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHANIE NELSON CRUZ and HANSEL RODRIGUEZ, Plaintiffs, | § § § § § | CIVIL ACTION NUMBER 4:25-cv-06097 |
| versus | § § § | JUDGE CHARLES ESKRIDGE |
| CITY OF ROSENBERG, *et al,* Defendants. | § § | |

### FINAL JUDGMENT

This action is DISMISSED for the reasons and on the terms stated in the Order entered this same date.

The Clerk of Court is DIRECTED to close the case.

This is a FINAL JUDGMENT.

SO ORDERED.

Signed on ___May 04, 2026___, at Houston, Texas.

_____
Honorable Charles Eskridge
United States District Judge

4